**DISMISS and Opinion Filed August 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00224-CV**

**IN THE INTEREST OF J.L.D., A CHILD**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52262-2016**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's notice of nonsuit which we construe as a motion to dismiss the appeal. Appellant no longer wishes to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

210224f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.L.D. A CHILD

No. 05-21-00224-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas Trial Court Cause No. 429-52262-2016.
Opinion delivered by Justice Osborne. Justices Pedersen, III and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Amy Jolene Diamond recover her costs of this appeal from appellant Bernardo Rey Diamond.

Judgment entered this 5th day of August, 2021.